574

450 A.2d 184

Commonwealth v. Jones, Appellant.

Submitted December 2, 1981. George Shultz, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgments of sentence affirmed.

450 A.2d 184

Commonwealth v. Knotts, Appellant.

Submitted March 24, 1982. William H. Poole, for appellant; Thompson J. McCullough, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.